**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 1:19-bk-02492-HWV |
| JASON E. NORNHOLD | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| | : | |

## ASSIGNMENT OF CLAIM #8 TO SELENE FINANCE LP

TO THE BANKRUPTCY COURT CLERK:

Please take notice that WELLS FARGO BANK, N.A. has assigned its claim in the above-captioned matter, Claim #8, to SELENE FINANCE LP with a secured claim amount of $181,688.43, as a result of the Assignment of the Mortgage and endorsement of the Promissory Note which are the basis of the claim.

Name and Address of Assignee (Current Claimant):

SELENE FINANCE LP
9990 RICHMOND AVENUE
HOUSTON, TX 77042

Name and Address of Assignor (Former Claimant):

WELLS FARGO BANK, N.A.
1000 BLUE GENTIAN ROAD
EAGAN, MN 55121

The Trustee should make future payments for this claim to the Assignee.

Please substitute the Assignee's name and address on the matrix for that of the Assignor.

| | |
|---|---|
| October 4, 2019 | /s/ Jerome Blank, Esquire |
| Date | Jerome Blank, Esq., Id. No.49736 |
| | Phelan Hallinan Diamond & Jones, LLP |
| | 1617 JFK Boulevard, Suite 1400 |
| | One Penn Center Plaza |
| | Philadelphia, PA 19103 |
| | Phone Number: 215-563-7000 Ext 31625 |
| | Fax Number: 215-568-7616 |
| | Email: jerome.blank@phelanhallinan.com |

49736 / jcs

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 1:19-bk-02492-HWV |
| JASON E. NORNHOLD | : | |
| | : | Chapter No. 13 |
| Debtor | : | |

## CERTIFICATION OF SERVICE

I certify under penalty of perjury that I served or caused to be served the above captioned Assignment of Claim on the parties at the addresses shown below or on the attached list on 10/4/2019.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

GREGORY S. HAZLETT, ESQUIRE
7 WEST MAIN STREET
MECHANICSBURG, PA 17055
adlitem@pa.net

Service by First Class Mail

BRANDY L. NORNHOLD
1711 FULTON ROAD
DAUPHIN, PA 17018-9781

JASON E. NORNHOLD
1711 FULTON ROAD
DAUPHIN, PA 17018-9781

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Dated: 10/4/2019

<div style="margin-left:40%">

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

</div>